**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | |
| **Plaintiff,** | **Case No. 2:15-cv-01633** |
| **vs.** | **JUDGE GEORGE  SMITH** |
| **JOHN DOE,** *et al.*, | |
| **Defendants.** | |

### <u>ORDER</u>

Default having been entered by the Clerk of this Court on June 18, 2015, and the application of default judgment having been filed on June 17, 2015 and having been served on the Defendant SW920701, LLC, Individually and as the alter ego of Blu's Lounge and Grill, and notice given and no appearance by the Defendant having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendant SW920701, LLC, Individually and as the alter ego of Blu's Lounge and Grill, in favor of  J & J SPORTS PRODUCTIONS, INC., as follows:

| | | | |
|---|---|---|---|
| a. | 47 U.S.C. 605 (e)(3)(C)(i) and (C)(iii): | $ | 25,000.00 |
| b. | 47 U.S.C. 553 (c)(3)(A)(ii) and (c)(3)(B): | $ | 15,000.00 |
| c. | Attorneys' Fees | $ | 1,375.00 |
| d. | Costs: | $ | 400.00 |
| | **Total:** | **$** | **41,775.00** |

Accordingly, default judgment is hereby entered in favor of Plaintiff, in the amount of $41,775.00.  The Clerk of this Court shall prepare a judgment.  And shall term Document 10 and this case.

IT IS SO ORDERED.

    /s/ George C. Smith
GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT